# Third District Court of Appeal

## State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1973
Lower Tribunal No. F21-13390
_____

**Hammocks Community Association, Inc.,**
Petitioner,

vs.

**State of Florida,**
Respondent.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Marlene Fernandez-Karavetsos, Judge.

Rasco Klock Perez & Nieto, and Hilton Napoleon, II, for petitioner.

Ashley Moody, Attorney General, and Asad Ali, Assistant Attorney General, for respondent.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Because the petitioner, Hammocks Community Association, Inc., fails to show irreparable harm, we dismiss the petition for lack of jurisdiction. See Walgreen Co. v. Rubin, 229 So. 3d 418, 420-21 (Fla. 3d DCA 2017) (setting forth elements of certiorari relief, including a departure from the essential requirements of the law and a showing of irreparable harm); see also Topp Telecom, Inc. v. Atkins, 763 So. 2d 1197, 1200 (Fla. 4th DCA 2000) ("It seems clear to us that the mere fact of unwarranted effort and expense is not, by itself, synonymous with a 'departure from the *essential* requirements of law' [e.s.] for which immediate review is necessary."); Killinger v. Guardianship of Grable, 983 So. 2d 30, 32 (Fla. 5th DCA 2008) ("While certiorari may be used to review pre-trial orders compelling discovery, it is generally not appropriate simply based on an argument that the discovery request is overbroad, irrelevant, or burdensome.").